1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   MCMILLAN ELECTRIC CO,                    Case No.:  18cv2165-DMS(MSB)

12                              Plaintiff,
                                              **ORDER CONFIRMING SETTLEMENT AND
13   v.                                       SETTING DEADLINE TO FILE JOINT
                                              MOTION TO DISMISS**
14   UNADA (HK) LTD., et al.,

15                              Defendants.

16   AND RELATED COUNTERCLAIMS

17

18

19        An Early Neutral Evaluation Conference was held on March 7, 2019, during which

20   the case settled.  In light of the settlement, the Court **VACATES** all pending dates before

21   Magistrate Judge Berg.

22        The parties are ordered to file their Joint Motion to Dismiss this case, signed by

23   counsel of record and any unrepresented parties, no later than **April 11, 2019**.  A

24   proposed order granting the joint motion must be e-mailed to the assigned district

25

26

27

28

1  judge's chambers[1] on the same day.

2  **If the fully executed Joint Motion to Dismiss is not filed by April 11, 2019**, then

3  **all counsel of record and unrepresented parties are required to appear in person** for a

4  Settlement Disposition Conference.  The Settlement Disposition Conference will be held

5  on **April 16, 2019** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the

6  parties file their Joint Motion to Dismiss on or before **April 11, 2019**, the Settlement

7  Disposition Conference will be **VACATED without further court order**.

8  If counsel of record or any unrepresented party fails to appear at the Settlement

9  Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a

10  timely manner, the Court will issue an order to show cause why sanctions should not be

11  imposed for failing to comply with this Order.

12  **IT IS SO ORDERED**.

13  Dated:  March 7, 2019

14

15  Honorable Michael S. Berg
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27  [1]  The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for
    the Southern District of California's Electronic Case Filing Administrative Policies and Procedures

28  Manual, available at www.casd.uscourts.gov.

2

18cv2165-DMS(MSB)