# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCMILLAN ELECTRIC CO., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNADA (HK) LTD. AND ELCO REFRIGERATION SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 3:18CV2165 DMS MSB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' joint motion, this action is hereby ordered dismissed with prejudice. Each party to bear its own attorneys' fees and costs. Magistrate Judge Michael S. Berg will retain jurisdiction for the purpose of enforcement of terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: April 11, 2019

Hon. Dana M. Sabraw
United States District Judge